Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>  Bolger, Kevin P. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>  Bolger, Leah Nino |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>  xxx-xx-6356 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>  xxx-xx-9785 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>  1346 Winnetka Road<br>  Winnetka, IL 60093 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>  1346 Winnetka Road<br>  Winnetka, IL 60093 |
| County of Residence or of the<br>Principal Place of Business:  Cook | County of Residence or of the<br>Principal Place of Business:  Cook |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ■ Chapter 11  ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec 304 - Case ancillary to foreign proceeding | |
| ☐ Other____ | ☐ Clearing Bank | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |
| | | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-o |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 07/16/2004
Time: 11:42:01
Debtor: KEVIN P BOLGER
Case: 04-26477   Fee : 839
Chapter: 11  Rec. # : 3091136
Judge: John Squires

1:04BK26477-BK001

| **Voluntary Petition** | **Name of Debtor(s):** | **FORM B1, Page 2** |
|---|---|---|
| *(This page must be completed and filed in every case)* | Bolger, Kevin P.<br>Bolger, Leah Nino | |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed: - None - | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**
I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Kevin P. Bolger_
Signature of Debtor Kevin P. Bolger

X _/s/ Leah Nino Bolger_
Signature of Joint Debtor Leah Nino Bolger

Telephone Number (If not represented by attorney)

JULY 15, 2004
Date

X _/s/ Kenneth A. Fedinets_
Signature of Attorney for Debtor(s)
Kenneth A. Fedinets
Printed Name of Attorney for Debtor(s)
Gesas, Pilati, Gesas and Golin, Ltd.
Firm Name
53 West Jackson Boulevard
Suite 528
Chicago, IL 60604
Address
312-726-3100  Fax: 312-939-1742
Telephone Number
JULY 15, 2004
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _/s/ Kenneth A. Fedinets_   JULY 15, 2004
Signature of Attorney for Debtor(s)   Date
Kenneth A. Fedinets

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## Northern District of Illinois

In re  Kevin P. Bolger,
       Leah Nino Bolger
                                          Debtors

Case No. _____

Chapter _____ 11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ENH Medical Group Specialty Practice 23139 Network Place Chicago, IL 60673-1231 | ENH Medical Group Specialty Practice 23139 Network Place Chicago, IL 60673-1231 | medical services | | 528.60 |
| ENH Medical Group Pathol-A 23159 Network Place Chicago, IL 60673-1231 | ENH Medical Group Pathol-A 23159 Network Place Chicago, IL 60673-1231 | medical services | | 170.00 |
| ENH Radiology 34618 Eagleway Chicago, IL 60678-1346 | ENH Radiology 34618 Eagleway Chicago, IL 60678-1346 | medical services | | 388.43 |
| ENH Specialty Group 23139 Network Pl. Chicago, IL 60673 | ENH Specialty Group 23139 Network Pl. Chicago, IL 60673 | medical services | | 308.26 |
| Evanston Northwestern Health 23056 Network Place Chicago, IL 60673-1230 | Evanston Northwestern Health 23056 Network Place Chicago, IL 60673-1230 | medical services | | 5,556.74 |

In re Kevin P. Bolger, Leah Nino Bolger

Debtors

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Gastro Consultants of North Shore<br>Mick Meiselman, MD<br>506 Green Bay Road<br>Kenilworth, IL 60043 | Gastro Consultants of North Shore<br>Mick Meiselman, MD<br>506 Green Bay Road<br>Kenilworth, IL 60043 | medical services | | 1,065.09 |
| Horwitz & Co.<br>651 W. Washington, Suite 301<br>Chicago, IL 60661 | Horwitz & Co.<br>651 W. Washington, Suite 301<br>Chicago, IL 60661 | business lease | Disputed | 75,000.00 |
| Illinois Department of Revenue<br>Attn: Bankruptcy Section<br>100 West Randolph-Room 7-425<br>Chicago, IL 60601 | Illinois Department of Revenue<br>Attn: Bankruptcy Section<br>100 West Randolph-Room 7-425<br>Chicago, IL 60601 | year 2002 - Form 1040<br>income taxes | Disputed | 9,196.87 |
| Internal Revenue Service<br>Attn: Special Procedures<br>230 South Dearborn, 27th Floor<br>Chicago, IL 60604 | Internal Revenue Service<br>Attn: Special Procedures<br>230 South Dearborn, 27th Floor<br>Chicago, IL 60604 | year 1997 - Form 1040<br>income taxes | Disputed | 86,331.89 |
| Internal Revenue Service<br>Attn: Special Procedures<br>230 South Dearborn, 27th Floor<br>Chicago, IL 60604 | Internal Revenue Service<br>Attn: Special Procedures<br>230 South Dearborn, 27th Floor<br>Chicago, IL 60604 | year 1992 - Form 1040<br>income taxes | Disputed | 77,683.25 |
| Internal Revenue Service<br>Attn: Special Procedures<br>230 South Dearborn, 27th Floor<br>Chicago, IL 60604 | Internal Revenue Service<br>Attn: Special Procedures<br>230 South Dearborn, 27th Floor<br>Chicago, IL 60604 | year 1996 - Form 1040<br>income taxes | Disputed | 67,562.88 |

In re    Kevin P. Bolger,
          Leah Nino Bolger

Case No. _____

Debtors

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>Attn: Special Procedures<br>230 South Dearborn, 27th Floor<br>Chicago, IL 60604 | Internal Revenue Service<br>Attn: Special Procedures<br>230 South Dearborn, 27th Floor<br>Chicago, IL 60604 | year 2001- Form 1040 income taxes | Disputed | 56,615.66 |
| Internal Revenue Service<br>Attn: Special Procedures<br>230 South Dearborn, 27th Floor<br>Chicago, IL 60604 | Internal Revenue Service<br>Attn: Special Procedures<br>230 South Dearborn, 27th Floor<br>Chicago, IL 60604 | year 1998 - Form 1040 income taxes | Disputed | 56,277.31 |
| Internal Revenue Service<br>Attn: Special Procedures<br>230 South Dearborn, 27th Floor<br>Chicago, IL 60604 | Internal Revenue Service<br>Attn: Special Procedures<br>230 South Dearborn, 27th Floor<br>Chicago, IL 60604 | year 2000 - Form 1040 income taxes | Disputed | 43,516.16 |
| Internal Revenue Service<br>Attn: Special Procedures<br>230 South Dearborn, 27th Floor<br>Chicago, IL 60604 | Internal Revenue Service<br>Attn: Special Procedures<br>230 South Dearborn, 27th Floor<br>Chicago, IL 60604 | year 1993 - Form 1040 income taxes | Disputed | 39,545.66 |
| Internal Revenue Service<br>Attn: Special Procedures<br>230 South Dearborn, 27th Floor<br>Chicago, IL 60604 | Internal Revenue Service<br>Attn: Special Procedures<br>230 South Dearborn, 27th Floor<br>Chicago, IL 60604 | year 1999 - Form 1040 income taxes | Disputed | 35,594.71 |
| Lake Forest Hospital<br>660 North Westmoreland Road<br>Lake Forest, IL 60045 | Lake Forest Hospital<br>660 North Westmoreland Road<br>Lake Forest, IL 60045 | medical services | | 455.79 |

In re   Kevin P. Bolger,
        Leah Nino Bolger
        _____
                    Debtors

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MBNA America<br>P.O. Box 15137<br>Wilmington, DE 19886-5137 | MBNA America<br>P.O. Box 15137<br>Wilmington, DE 19886-5137 | credit card | | 9,537.99 |
| Nicor<br>P.O. Box 632<br>Aurora, IL 60507-0632 | Nicor<br>P.O. Box 632<br>Aurora, IL 60507-0632 | utilities | | 5,611.17 |
| Northeast Radiology Assoc., S.C.<br>P.O. Box 3837<br>Springfield, IL 62708-3837 | Northeast Radiology Assoc., S.C.<br>P.O. Box 3837<br>Springfield, IL 62708-3837 | medical services | | 91.28 |

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date   July 15, 2004                          Signature _____
                                                        Kevin P. Bolger
                                                        Debtor

Date   July 15, 2004                          Signature _____
                                                        Leah Nino Bolger
                                                        Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re: Kevin P. Bolger, Leah Nino Bolger, Debtor(s)

Case No. _____
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: July 15, 2004

_[signature]_
Kevin P. Bolger
Signature of Debtor

Date: July 15, 2004

_[signature]_
Leah Nino Bolger
Signature of Debtor

ABN AMRO
8201 Innovation Way
Chicago, IL 60682


C.B. Accounts
1101 Main St.
Peoria, IL 61606


ENH Medical Group
Specialty Practice
23139 Network Place
Chicago, IL 60673-1231


ENH Medical Group
Pathol-A
23159 Network Place
Chicago, IL 60673-1231


ENH Radiology
34618 Eagleway
Chicago, IL 60678-1346


ENH Specialty Group
23139 Network Pl.
Chicago, IL 60673


Evanston Northwestern Health
23056 Network Place
Chicago, IL 60673-1230


Gastro Consultants of North Shore
Mick Meiselman, MD
506 Green Bay Road
Kenilworth, IL 60043


Horwitz & Co.
651 W. Washington, Suite 301
Chicago, IL 60661


Illinois Collection Service
P.O. Box 646
Oak Lawn, IL 60454-0646

```
Illinois Department of Revenue
Attn: Bankruptcy Section
100 West Randolph-Room 7-425
Chicago, IL 60601


Internal Revenue Service
Attn: Special Procedures
230 South Dearborn, 27th Floor
Chicago, IL 60604


Internal Revenue Service
District Counsel
200 W. Adams St., Suite 2300
Chicago, IL 60606


Lake Forest Hospital
660 North Westmoreland Road
Lake Forest, IL 60045


Litton Loan Servicing LP
4828 Loop Central Dr.
Houston, TX 77081-2226


Malcolm S. Gerald & Associates
332 South Michigan Avenue
Suite 600
Chicago, IL 60604


MBNA America
P.O. Box 15137
Wilmington, DE 19886-5137


Nicor
P.O. Box 632
Aurora, IL 60507-0632


Northeast Radiology Assoc., S.C.
P.O. Box 3837
Springfield, IL 62708-3837


Oakbrook Bank
P.O Box 5165
Oakbrook, IL 60522-5165
```