UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| KEVIN P & LEAH N. BOLGER, | ) | Case No. 04-26477 |
| | ) | |
| Debtors. | ) | Hon. John H. Squires |

### Trustee's Final Report

To:   The Honorable John H. Squires
      United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.      The Petition commencing this case was filed on July 16, 2004 under chapter 11 of the Bankruptcy Code.  On February 2, 2006, this case was converted to one under chapter 7 of the Bankruptcy Code and Joseph A. Baldi, Trustee was appointed the chapter 7 trustee ("Trustee"). The Trustee's bond in this case is included in the Trustee's blanket bond coverage.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed, to the extent such claims will receive a distribution; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtors' discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the trustee's final account as of January 15, 2009 is as follows:

| | | |
|---|---|---|
| A. | Receipts | $17,583.05 |
| B. | Disbursements | $     16.59 |
| C. | Net Cash | $ 17,566.46 |
| D. | Ch. 7 Trustee/Professional osts | |
| | 1.  Joseph Baldi | $  2,508.07 |
| | *Trustee Compensation* | |

    2.  Baldi and Associates         $ 2,138.00
       *Trustee's Attorneys' Fees*
E.  Ch. 11 Administrative Costs
    1.  United States Trustee Fees      $ 1,250.00
      *Quarterly Fees*
    2.  Gesas Pilati Gesas & Golin     $ 9,711.28
      *D-I-P Attorneys' Fees & Expenses*
F.  Unsecured Priority Claims        $ <u>1,959.11</u>
    1.  Dep't of the Treasury/IRS
      *Tax Claim*              0.00

5.    The Bar Date for filing unsecured claims expired on June 19, 2006. The final Debtor-In-Possession report was filed on February 22, 2006.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D), to the extent such claims will receive a distribution. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured tax claims under §724(b) | $171,393.84 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $5,896.07 |
| c. | Allowed Chapter 11 administrative claims | $19,690.71 |
| d. | Allowed priority claims | $125,515.08 |
| e. | Allowed unsecured claims | $17,360.20 |

7.    Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.    The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| <u>Joseph A. Baldi, Trustee</u> *Trustee Compensation* | $0.00 | $2,508.07 | $0.00 |
| <u>Joseph A. Baldi & Associates, P.C.</u> *Attorney for Trustee* | $0.00 | $2,138.00 | $0.00 |
| <u>United States Trustee</u> *Quarterly Fees* | $0.00 | $0.00 | $1,250.00 |

9.    Debtors' Counsel filed a fee application with this Court requesting compensation and expense reimbursement for services rendered as chapter 11 attorneys in connection with this case and which application was granted pursuant to this Court's order dated August 18, 2005 as follows:

| Applicant | Fees & Exp. Previously Awarded | Fees & Exp. Previously Paid | Fee & Exp. Now Requested |
|---|---|---|---|
| Gesas, Pilati, Gesas and Golin | $19,658.00 (F) | $10,000.00 (F) | $9,658.00 (F) |
| Attorney for ch. 11 D-I-P | $53.28  (E) | | $53.28 (E) |
| | | | $9,711.28 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE:  January 16, 2009

/s/Joseph A. Baldi, Trustee
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL  60603

Tasks Completed by Trustee

Exhibit A

## EXHIBIT A

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtors' Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtors at the Section 341 meeting of creditors.

A.    Trustee analyzed and investigated the market value of the property consisting of miscellaneous non-exempt personal property ("Property") ; Trustee negotiated with the Debtors for a sale of the Property; Trustee, with the assistance of his attorneys, negotiated for the sale of the Property and directed his attorneys to prepare and present a motion to sell; pursuant to this Court's order dated July 19, 2007, the Trustee sold the Property and recovered gross proceeds of $17,500.00;

B.    Trustee reviewed and analyzed the chapter 11 administrative claims filed against the Estate;

C    Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.    Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.    Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

F.    Trustee analyzed tax matters concerning the Estate; and

G.    Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

Form I

Individual Estate Property Record and Report

Exhibit B

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

ASSET CASES

Page   1

| Case No: | 04-26477   JHS   Judge: John H. Squires | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name | BOLGER, KEVIN P | Date Filed (f) or Converted (c): | 02/02/06 (c) |
| | BOLGER, LEAH NINO | 341(a) Meeting Date: | 03/03/06 |
| For Period Ending: 01/07/09 | | Claims Bar Date: | 06/19/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 607,855.07 | 0.00 | | 0.00 | FA |
| 1346 Winnetka Road, Winnetka, IL - property sold in chapter 11, proceed paid to IRS pursuant to lien | | | | | |
| 2. Real Property | 80,000.00 | 0.00 | | 0.00 | FA |
| 3848 S. East Avenue, Berwyn, IL - sold during chapter 11 case | | | | | |
| 3. CASH | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Bank Accounts | 2,000.00 | 0.00 | | 0.00 | FA |
| Oak Brook Bank account 900109500 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 5. Bank Accounts | 274.97 | 0.00 | | 0.00 | FA |
| Oak Brook Bank account 124352500 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 6. HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | FA |
| Household goods listed in schedules | | | | | |
| Debtor Claimed Exemption | | | | | |
| 7. Artwork | 2,600.00 | Unknown | | 500.00 | FA |
| miscellaneous art work - sold back to debtor per court order, total sale price $17,500 | | | | | |
| 8. clothing | Unknown | 0.00 | | 0.00 | FA |
| men's and women's clothing - exempt | | | | | |
| 9. Furs and Jewelry | 24,500.00 | Unknown | | 10,000.00 | FA |
| 2 fur coats and misc jewelry - jewelry appraised by debtor for $10,450 - sold to Debtor with other property per court order for total purchase price of $17,500 | | | | | |
| 10. Insurance Policies | 0.00 | Unknown | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page    2

| Case No. | 04-26477    JHS    Judge John H. Squires | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BOLGER, KEVIN P | Date Filed (f) or Converted (c): | 02/02/06 (c) |
| | BOLGER, LEAH NINO | 341(a) Meeting Date: | 03/03/06 |
| | | Claims Bar Date: | 06/19/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| New England Financial policy on Kevin ($2 million) and Leah<br>($800,000) - term policies with no cash value | | | | | |
| 11. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Berkshire Life disability policy - no cash or current value | | | | | |
| 12. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Met Life Policy - $2 million on Kevin - term policy with no cash value | | | | | |
| 13. STOCK | 196.00 | Unknown | | 500.00 | FA |
| 200 shares Wavex - value at filing $.98 per share - sold back to debtor<br>with other personal property for total price of $17,500 | | | | | |
| 14. STOCK | Unknown | Unknown | | 500.00 | FA |
| 100% shareholder in Master Works Art, Ltd. - owned by Leah Bolger -<br>sold back to debtor with other personal property for $17,500 | | | | | |
| 15. STOCK | Unknown | Unknown | | 0.00 | FA |
| LNB Enterprises, LLC - owned by Leah Bolger - no residual value | | | | | |
| 16. Partnership interests | Unknown | Unknown | | 1,000.00 | FA |
| Valverde Partners, L.P. - 379% interest owned jointly -sold back to<br>debtor with other property for $17,500 | | | | | |
| 17. other liquidated debts | 20,000.00 | Unknown | | 0.00 | FA |
| Platinum Exploration - investment in oil and gas interest - no<br>recoverable value, company insolvent | | | | | |
| 18. Automobiles and Other Vehicles | 3,000.00 | Unknown | | 2,400.00 | FA |
| 1972 Chevy Chevette (114,000 miles) - sold back to debtor with other<br>personal property for total price of $17,500 | | | | | |
| 19. Automobiles and Other Vehicles | 5,000.00 | 2,600.00 | | 2,600.00 | FA |
| 1998 Ford Expedition (88,000 miles) - Kelley Blue Book about $5,000<br>value | | | | | |

FORM F

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page    3

| Case No. | 04-26477   JHS   Judge: John H. Squires |
|---|---|
| Case Name: | BOLGER, KEVIN P |
| | BOLGER, LEAH NINO |

| Trustee Name: | Joseph A Baldi, Trustee |
|---|---|
| Date Filed (f) or Converted (c) | 02/02/06 (c) |
| 341(a) Meeting Date: | 03/03/06 |
| Claims Bar Date: | 06/19/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20  Office Equip, Furnishings,&Supplies | 100 00 | 0 00 | | 0 00 | FA |
|  1 drafting table,(16 years old) 2 office chairs (16 years old) 4 file cabinets, 2 bookcases, worksurfaces | | | | | |
| 21  Post-Petition Interest Deposits (u) | Unknown | N/A | | 83 05 | Unknown |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $749,026 04 | $2,600 00 | | $17,583 05 | $0 00 |
|  | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action

Debtor had personal property  (stock and vintage auto) with an appraised value in excess of exemptions  After stalled negotiations to sell the

property back to the debtor , Trustee was able to reach agreement to sell the property for $17,500  Collected settlement  Drafted TFR and footnoted

fact that Litton (secured claim) satisfied at closing, submitted TFR to UST January, 2009

Initial Projected Date of Final Report (TFR)  06/30/08          Current Projected Date of Final Report (TFR)  01/31/09

Ver: 14 11

Kevin P. and Leah N. Bolger
Case No. 04-26477

**Trustee's Final Report**

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

FORM 2

Page 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No | 04-26477 -JHS | |
| Case Name | BOLGER, KEVIN P | |
| | BOLGER, LEAH NINO | |
| Taxpayer ID No: | ******0134 | |
| For Period Ending: | 01/07/09 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N A |
| Account Number / CD #: | ******0944 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/07 | * NOTE * | Leah Bolger | Proceeds - Sale of Pers. Property | 1129-000 | 17,500.00 | | 17,500.00 |
| | | | * NOTE * Properties 7, 9, 13, 14, 16, 18, 19 | | | | |
| 08/31/07 | 21 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 9.08 | | 17,509.08 |
| 09/28/07 | 21 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 11.14 | | 17,520.22 |
| 10/31/07 | 21 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 11.17 | | 17,531.39 |
| 11/30/07 | 21 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 9.37 | | 17,540.76 |
| 12/31/07 | 21 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 8.39 | | 17,549.15 |
| 01/31/08 | 21 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 6.95 | | 17,556.10 |
| 02/19/08 | | Transfer to Acct #******5892 | Bank Funds Transfer | 9999-000 | | 16.59 | 17,539.51 |
| 02/29/08 | 21 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 4.17 | | 17,543.68 |
| 03/31/08 | 21 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 4.15 | | 17,547.83 |
| 04/30/08 | 21 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 3.60 | | 17,551.43 |
| 05/30/08 | 21 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.23 | | 17,553.66 |
| 06/30/08 | 21 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.16 | | 17,555.82 |
| 07/31/08 | 21 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.23 | | 17,558.05 |
| 08/29/08 | 21 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.23 | | 17,560.28 |
| 09/30/08 | 21 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.16 | | 17,562.44 |
| 10/31/08 | 21 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.70 | | 17,564.14 |
| 11/28/08 | 21 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.43 | | 17,565.57 |
| 12/31/08 | 21 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.89 | | 17,566.46 |

| | | |
|---|---|---|
| Page Subtotals | 17,583.05 | 16.59 |

Ver. 14.11

LFORM24

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page    2

| Case No | 04-26477 -JHS | | Trustee Name | Joseph A. Baldi, Trustee |
| Case Name | BOLGER, KEVIN P | | Bank Name | Bank of America, N A |
| | BOLGER, LEAH NINO | | Account Number / CD # | *******0944  Money Market Account (Interest Earn |
| Taxpayer ID No | ******0134 | | | |
| For Period Ending | 01/07/09 | | Blanket Bond (per case limit) | $  5,000,000 00 |
| | | | Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,583 05 | 16 59 | 17,566.46 |
| | | | Less: Bank Transfers/CD's | | 0 00 | 16 59 | |
| | | | Subtotal | | 17,583 05 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 17,583 05 | 0.00 | |

Page Subtotals                    0 00                0.00

Ver  14 11

LFORM24

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page    3

| Case No. | 04-26477 -JHS |
| Case Name: | BOLGER, KEVIN P |
| | BOLGER, LEAH NINO |
| Taxpayer ID No: | ******0134 |
| For Period Ending: | 01/07/09 |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N A |
| Account Number / CD # | *******5892  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/08 | | Transfer from Acct #******0944 | Bank Funds Transfer | 9999-000 | 16.59 | | 16.59 |
| 02/19/08 | 001001 | International Sureties | Bond Premium Payment | 2300-000 | | 16.59 | 0.00 |
| | | 701 Pydras Street #420 | 2008 Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 16.59 | 16.59 | 0.00 |
| Less: Bank Transfers/CD's | 16.59 | 0.00 | |
| Subtotal | 0.00 | 16.59 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 16.59 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******0944 | 17,583.05 | 0.00 | 17,566.46 |
| Checking Account (Non-Interest Earn - *******5892 | 0.00 | 16.59 | 0.00 |
| | 17,583.05 | 16.59 | 17,566.46 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                16.59                16.59

LFORM24

Ver  14 11

**Trustee's Final Report**

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Kevin & Leah Bolger, | ) | Case No. 04-26477 |
| | ) | |
| Debtors. | ) | Hon. John H. Squires |

### Trustee's Proposed Distribution Report

I, Joseph A. Baldi, Trustee, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**Summary of Distribution:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $5,896.07 |
| Chapter 11 Administrative Expenses: | $9,711.28 |
| Priority Claims [507(a)(3)-(a)(6)]: | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $1,959.11 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor [726(a)(6)): | $0.00 |
| **Total Amount To Be Distributed:** | **$17,566.46** |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $5,896.07 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $2,508.07 | $2,508.07 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees* | $2,138.00 | $2,138.00 |
| 00000011 | Office Of The U.S. Trustee (Adminis U.S. Trustee Quarterly Fees | $1,250.00 | $1,250.00 |
| | CLASS TOTALS | $5,896.07 | $5,896.07 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 19,711.28 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 00000013 | Gesas, Pilati, Gesas and Golin, Ltd *Attorney for D-I-P Fees* | $19,658.00 | $9,685.03 |
| 00000013 | Gesas, Pilati, Gesas and Golin, Ltd *Attorney for D-I-P Expenses* | $53.28 | $26.25 |
| | CLASS TOTALS | $19,711.28 | $9,711.28 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) – Contributions to Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4.925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) – Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 171,393.84 | 1.14 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 7A | Department Of Treasury/IRS Secured Tax Liens | $171,393.84 | $1,959.11 |
| | CLASS TOTALS | $171,393.84 | $1,959.11 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 125,515.08 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 00000007 | Department of Treasury/IRS Unsecured Priority Tax Claims | $65,523.65 | $0.00 |

| 000008A | Illinois Department Of Revenue | $9,476.18 | $0.00 |
| | *Unsecured Priority Tax Claims* | | |
| 00000009 | Department Of Treasury/IRS | $45,441.74 | $0.00 |
| | *Unsecured Priority Tax Claims* | | |
| 00000010 | Illinois Department Of Revenue | $5,073.51 | $0.00 |
| | *Unsecured Priority Tax Claims* | | |
| | **CLASS TOTALS** | $125,515.08 | $0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) – Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid *pro rata* after costs of administration and priority claims are paid in full | $ 17,360.20 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 00000004 | Nicor | $6,154.03 | $0.00 |
| | *General Unsecured Claims* | | |
| 00000008 | Illinois Department of Revenue | $2,295.50 | $0.00 |
| | *General Unsecured Claims* | | |
| 00000012 | Mbna America Bank Na | $8,910.67 | $0.00 |
| | *General Unsecured Claims* | | |
| | **CLASS TOTALS** | $17,360.20 | $0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) – Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| P | 00000002 | Litton Loan Servicing Inc 1 N Dearborn Street Ste 1300 Chicago, IL 60602 | 606,770.19 | WITHDRAWN[1] |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: January 15, 2009                    /s/ Joseph A. Baldi, trustee

---

[1] Pursuant to this Court's order dated June 6, 2005, Debtors were authorized to sell the property 1346 Winnetka Avenue, Northfield, Illinois ("Property") and directed to pay Litton from the proceeds of the sale.

Form ntcftfc7

# United States Bankruptcy Court
### Northern District of Illinois
#### Eastern Division
#### 219 S Dearborn
#### 7th Floor
#### Chicago, IL 60604

In Re:
Kevin P Bolger
1346 Winnetka Road
Winnetka, IL 60093
SSN: EIN: N.A.

Case No. :     04−26477

Chapter :     7
Judge :       John H. Squires

Leah Nino Bolger
1346 Winnetka Road
Winnetka, IL 60093
SSN: EIN: N.A.

Debtor's Attorney:
Kenneth A Fedinets
Gesas, Pilati, Gesas & Golin
53 W Jackson Blvd
Suite 528
Chicago, IL 60604

312 726−3100

Trustee:
Joseph A Baldi, Tr
Joseph Baldi & Associates
19 S Lasalle Street Suite 1500
Chicago, IL 60603

312−726−8150

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *July 16, 2004*.

1. *June 19, 2006* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *June 19, 2006* is fixed as the last day for filing or claims by govenmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the above date fixed as the last day for the filing of claims will not be timely, except as otherwise provided by law. A claim may be filed in person or by mail on an official form prescribed for a proof of claim. If you wish to file a claim, please use the claim form on the reverse side.

For the Court,

Dated: March 20, 2006

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Kevin P Bolger<br>Leah Nino Bolger | Case Number<br>04-26477<br><br>Judge Initials: JHS | Trustee<br><br>File Claim Form With:<br>United States Bankruptcy Court<br>P.O. Box A3613<br>Chicago, Illinois 60690-3612 |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Name and Address where notices should be sent:<br><br><br><br><br><br>Telephone Number: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | <br><br>THIS SPACE IS FOR COURT USE ONLY |

| Last four digits of account or other number by which creditor identifies debtor: | Check here if ☐ replaces<br>this claim ☐ amends    a previously filed claim, dated:_____ |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #:
  Unpaid compensation for services performed
  from _____ to _____
  (date)       (date)

| 2. Date debt was incurred: | 3. If court judgment, date obtained: |

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Unsecured Priority Claim

☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| 5. Total Amount of Claim at Time Case Filed: | $_____ | _____ | _____ | _____ |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (10/05)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## ---- DEFINITIONS ----

### Debtor

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

### Creditor

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

### Proof of Claim

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

### Secured Claim

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim.*)

### Unsecured Claim

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

### Unsecured Priority Claim

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims* .

# Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money *or* property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

1. **Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

2. **Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

3. **Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

4. **Classification of Claim**
**Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state

the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**Unsecured Priority Claim:**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim". (See DEFINITIONS, above). If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount not entitled to priority.

5. **Total Amount of Claim at Time Case Filed:**
Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

6. **Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

7. **Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

District/off: 0752-1          User: wepps          Page 1 of 1                    Date Rcvd: Mar 20, 2006
Case: 04-26477               Form ID: ntcftfc7     Total Served: 28

The following entities were served by first class mail on Mar 22, 2006.
```
db          +Kevin P Bolger,   1346 Winnetka Road,   Winnetka, IL 60093-3539
jdb         +Leah Nino Bolger,   1346 Winnetka Road,   Winnetka, IL 60093-3539
aty         +Andrew J Nelson,   Pierce & Associates,   1 North Dearborn St.  Suite 1300,
              Chicago, IL 60602-4331
aty         +Kenneth A Fedinets,   Gesas, Pilati, Gesas & Golin,   53 W Jackson Blvd,   Suite 528,
              Chicago, IL 60604-3617
aty         +Kenneth A Fedinets,   Gesas Pilati Gesas & Golin Ltd,   53 W Jackson Blvd,   Ste 528,
              Chicago, IL 60604-3617
tr           Joseph A Baldi., Tr,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
cr          +Litton Loan Servicing Incorporated,   4828 Loop Central Drive,   Houston, TX 77081-2166
8306873     +ABN AMRO,   8201 Innovation Way,   Chicago, IL 60682-0082
8306874     +C.B. Accounts,   1101 Main St.,   Peoria, IL 61606-1913
8306875      ENH Medical Group,   Pathol-A,   23159 Network Place,   Chicago, IL 60673-1231
8306876      ENH Radiology,   34618 Eagleway,   Chicago, IL 60678-1346
8306877     +ENH Specialty Group,   23139 Network Pl.,   Chicago, IL 60673-1231
8306878      Evanston Northwestern Health,   23056 Network Place,   Chicago, IL 60673-1230
8306879      Gastro Consultants of North Shore,   Mick Meiselman, MD,   506 Green Bay Road,
              Kenilworth, IL 60043-1002
8306880     +Horwitz & Co.,   651 W. Washington, Suite 301,   Chicago, IL 60661-2133
8306881      Illinois Collection Service,   P.O. Box 646,   Oak Lawn, IL 60454-0646
8306882     +Illinois Department of Revenue,   Attn: Bankruptcy Section,   100 West Randolph-Room 7-425,
              Chicago, IL 60601-3218
8306883     +Internal Revenue Service,   District Counsel,   200 W. Adams St., Suite 2300,
              Chicago, IL 60606-5231
8306884      Lake Forest Hospital,   660 North Westmoreland Road,   Lake Forest, IL 60045-1696
8505150     +Litton Loan Servicing  Inc,   1 N Dearborn Street,   Ste 1300,   Chicago, IL 60602-4331
8306885      Litton Loan Servicing LP,   4828 Loop Central Dr.,   Houston, TX 77081-2166
8306887      MBNA America,   P.O. Box 15137,   Wilmington, DE 19886-5137
8306886     +Malcolm S. Gerald & Associates,   332 South Michigan Avenue,   Suite 600,   Chicago, IL 60604-4434
8306888     +Nicor,   P.O. Box 549,   Aurora, IL 60507-0549
8306889      Northeast Radiology Assoc., S.C.,   P.O. Box 3837,   Springfield, IL 62708-3837
8306890      Oakbrook Bank,   P.O Box 5165,   Oakbrook, IL 60522-5165
10589211    +Office of the U.S. Trustee,   227 W Monroe Ste 3350,   Chicago, IL 60606-5025
```

The following entities were served by electronic transmission on Mar 20, 2006 and receipt of the transmission
was confirmed on:
```
tr          +EDI: QJABALDI.COM Mar 20 2006 20:26:00      Joseph A Baldi., Tr,   Joseph Baldi & Associates,
              19 S Lasalle Street Suite 1500,   Chicago, IL 60603-1413
8496284     +EDI: IRS.COM Mar 20 2006 20:26:00      Department of Treasury/Internal Revenue Service,
              230 S Dearborn,   Stop 5016-CHI,   Chicago, IL 60604-1505
                                                                                    TOTAL: 2
```

```
              ****** BYPASSED RECIPIENTS (undeliverable, * duplicate) ******
aty          Michael Gesas
br           Koenig & Strey GMAC Real Estate
                                                                                    TOTALS: 2, * 0
```

Addresses marked '*' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner
shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 22, 2006                    Signature:    _Joseph Speetjens_