UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Kevin P. and Leah N. Bolger, | ) | Case No. 04-26477 |
| | ) | |
| Debtors. | ) | Hon. John H. Squires |

**Order Awarding Compensation to Trustee's Attorneys**

THIS MATTER BEING HEARD on the First and Final Request for Compensation from Joseph A. Baldi & Associates, P.C., Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi & Associates, P.C. is allowed compensation as follows;

1. Compensation       $2,138.00

    TOTAL               $2,138.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE