UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| KEVIN P. & LEAH N. BOLGER, | ) | Case No. 04-26477-JHS |
| | ) | |
| Debtors. | ) | Hon. John H. Squires |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 680, Chicago, IL 60604

    On: **March 10, 2009**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $17,583.05 |
    | Disbursements | $16.59 |
    | Net Cash Available for Distribution | $17,566.46 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Joseph A. Baldi, Trustee *Trustee Compensation* | $0.00 | $2,508.07 | $0.00 |
    | Office of The U.S. Trustee *U.S. Trustee Quarterly Fees* | $0.00 | $0.00 | $1,250.00 |
    | Joseph A. Baldi & Associates *Attorney for Trustee (Trustee Firm)* | $0.00 | $2,138.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | GESAS, PILATI, GESAS AND GOLIN, LTD *Attorney for D-I-P* | $10,000.00 | $9,658.00 | $53.28 |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims pursuant to Section 507(a) of the Bankruptcy Code ("§507(a)"), including secured tax liens pursuant to Section 724(b) of the Bankruptcy Code ("§724(b)"), totaling $296,908.92 must be paid in full for there to be any dividend to general unsecured creditors. Trustee proposes to pay the balance of estate funds, after payment of allowed administrative expenses to the holders of any allowed secured tax claims which have been subordinated to administrative claims pursuant to Section 724 (b). The priority dividend is anticipated to be 0.00%.

Allowed secured tax claims and allowed unsecured priority claims are:

| Claim Number | Claimant | Claim Type | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|---|
| 0000007A | Department Of Treasury/IRS | §724(b) | $171,393.84 | $1,959.11 |
| 0000007 | Department Of Treasury/IRS | §507(a) | $65,523.65 | $0.00 |
| 000008A | Illinois Department Of Revenue | §507(a) | $9,476.18 | $0.00 |
| 00000009 | Department Of Treasury/IRS | §507(a) | $45,441.74 | $0.00 |
| 00000010 | Illinois Department Of Revenue | §507(a) | $5,073.51 | $0.00 |

7. Claims of general unsecured creditors totaling $17,360.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 00000004 | Nicor | $6,154.03 | $0.00 |
| 00000008 | Illinois Department Of Revenue | $2,295.50 | $0.00 |
| 00000012 | MBNA America Bank NA | $8,910.67 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

Dated: **February 5, 2009**             For the Court,

By:   **KENNETH S. GARDNER**
      Kenneth S. Gardner
      Clerk of the U.S. Bankruptcy Court
      219 S. Dearborn, 7th Floor
      Chicago, Illinois 60604

Trustee:   Joseph A. Baldi
Address:   19 South Lasalle Street, Suite 1500
           Chicago, IL 60603
Phone No.: (312) 726-8150