UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| KEVIN P. & LEAH N. BOLGER, | ) | Case No. 04-26477-JHS |
| | ) | |
| Debtors. | ) | Hon. John H. Squires |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 680, Chicago, IL 60604

    On: **March 10, 2009**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $17,583.05 |
    | Disbursements | $16.59 |
    | Net Cash Available for Distribution | $17,566.46 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $0.00 | $2,508.07 | $0.00 |
    | Office of The U.S. Trustee<br>*U.S. Trustee Quarterly Fees* | $0.00 | $0.00 | $1,250.00 |
    | Joseph A. Baldi & Associates<br>*Attorney for Trustee (Trustee Firm)* | $0.00 | $2,138.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | GESAS, PILATI, GESAS AND GOLIN, LTD<br>*Attorney for D-I-P* | $10,000.00 | $9,658.00 | $53.28 |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims pursuant to Section 507(a) of the Bankruptcy Code ("§507(a)"), including secured tax liens pursuant to Section 724(b) of the Bankruptcy Code ("§724(b)"), totaling $296,908.92 must be paid in full for there to be any dividend to general unsecured creditors. Trustee proposes to pay the balance of estate funds, after payment of allowed administrative expenses to the holders of any allowed secured tax claims which have been subordinated to administrative claims pursuant to Section 724 (b). The priority dividend is anticipated to be 0.00%.

Allowed secured tax claims and allowed unsecured priority claims are:

| Claim Number | Claimant | Claim Type | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|---|
| 0000007A | Department Of Treasury/IRS | §724(b) | $171,393.84 | $1,959.11 |
| 0000007 | Department Of Treasury/IRS | §507(a) | $65,523.65 | $0.00 |
| 000008A | Illinois Department Of Revenue | §507(a) | $9,476.18 | $0.00 |
| 00000009 | Department Of Treasury/IRS | §507(a) | $45,441.74 | $0.00 |
| 00000010 | Illinois Department Of Revenue | §507(a) | $5,073.51 | $0.00 |

7. Claims of general unsecured creditors totaling $17,360.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 00000004 | Nicor | $6,154.03 | $0.00 |
| 00000008 | Illinois Department Of Revenue | $2,295.50 | $0.00 |
| 00000012 | MBNA America Bank NA | $8,910.67 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

Dated: **February 5, 2009**   For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Trustee: Joseph A. Baldi
Address: 19 South Lasalle Street, Suite 1500
Chicago, IL 60603
Phone No.: (312) 726-8150

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Feb 05, 2009
Case: 04-26477                 Form ID: pdf002              Total Served: 26

The following entities were served by first class mail on Feb 07, 2009.
db          +Kevin P Bolger,    1346 Winnetka Road,    Winnetka, IL 60093-3539
jdb         +Leah Nino Bolger,    1346 Winnetka Road,    Winnetka, IL 60093-3539
aty         +Donna B Wallace,    Joseph A Baldi & Associates, PC,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
aty         +Kenneth A Fedinets,    August A. Pilati and Associates, Ltd.,    53 W Jackson Blvd,    Suite 528,
              Chicago, IL 60604-3617
tr          +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
8306873     +ABN AMRO,    8201 Innovation Way,    Chicago, IL 60682-0082
8306874     +C.B. Accounts,    1101 Main St.,    Peoria, IL 61606-1913
8306875      ENH Medical Group,    Pathol-A,    23159 Network Place,    Chicago, IL 60673-1231
8306876     +ENH Radiology,    34618 Eagleway,    Chicago, IL 60678-0001
8306877     +ENH Specialty Group,    23139 Network Pl.,    Chicago, IL 60673-1231
8306878      Evanston Northwestern Health,    23056 Network Place,    Chicago, IL 60673-1230
8306879     +Gastro Consultants of North Shore,    Mick Meiselman, MD,    506 Green Bay Road,
              Kenilworth, IL 60043-1002
10783791    +Gesas, Pilati, Gesas and Golin, Ltd.,    53 West Jackson Boulevard, Suite 528,
              Chicago, Illinois 60604-3617
8306880     +Horwitz & Co.,    651 W. Washington, Suite 301,    Chicago, IL 60661-2133
8306882    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,     Attn: Bankruptcy Section,
              100 West Randolph-Room 7-425,    Chicago, IL 60601)
8306883    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8306881      Illinois Collection Service,    P.O. Box 646,    Oak Lawn, IL 60454-0646
8306884     +Lake Forest Hospital,    660 North Westmoreland Road,    Lake Forest, IL 60045-1696
8505150     +Litton Loan Servicing Inc,    1 N Dearborn Street,    Ste 1300,    Chicago, IL 60602-4331
8306885     +Litton Loan Servicing LP,    4828 Loop Central Dr.,    Houston, TX 77081-2166
8306887     +MBNA America Bank NA,    Mailstop DE5-014-02-03,    POB 15168,    Wilmington, DE 19850-5168
8306886     +Malcolm S. Gerald & Associates,    332 South Michigan Avenue,    Suite 600,
              Chicago, IL 60604-4318
8306889      Northeast Radiology Assoc., S.C.,    P.O. Box 3837,    Springfield, IL 62708-3837
8306890      Oakbrook Bank,    P.O Box 5165,    Oakbrook, IL 60522-5165
10589211    +Office of the U.S. Trustee,    227 W Monroe Ste 3350,    Chicago, IL 60606-5099

The following entities were served by electronic transmission on Feb 05, 2009.
8306888     +E-mail/Text: bankrup@nicor.com                            Nicor,   P.O. Box 549,
              Aurora, IL 60507-0549
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8496284*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 07, 2009**             **Signature:** *Joseph Speetjens*