UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Kevin & Leah Bolger, | ) | Case No. 04-26477 |
| | ) | |
| Debtors. | ) | Hon. John H. Squires |

### Trustee's Final Distribution Report

I, Joseph A. Baldi, Trustee, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**Summary of Distribution:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $5,896.07 |
| Chapter 11 Administrative Expenses: | $9,711.28 |
| Priority Claims [507(a)(3)-(a)(6)]: | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $1,959.43 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor [726(a)(6)): | $0.00 |
| **Total Amount To Be Distributed:** | **$17,566.78** |

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $5,896.07 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---:|---:|
|  | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $2,508.07 | $2,508.07 |
|  | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Fees* | $2,138.00 | $2,138.00 |
| 00000011 | Office Of The U.S. Trustee (Adminis<br>U.S. Trustee Quarterly Fees | $1,250.00 | $1,250.00 |
|  | **CLASS TOTALS** | **$5,896.07** | **$5,896.07** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 19,711.28 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---:|---:|
| 00000013 | Gesas, Pilati, Gesas and Golin, Ltd<br>*Attorney for D-I-P Fees* | $19,658.00 | $9,685.03 |
| 00000013 | Gesas, Pilati, Gesas and Golin, Ltd<br>*Attorney for D-I-P Expenses* | $53.28 | $26.25 |
|  | **CLASS TOTALS** | **$19,711.28** | **$9,711.28** |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(4) – Contributions to Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(6) – Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §724(b) - Secured Tax Lien Claims | $ 171,393.84 | 1.14 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---:|---:|
| 7A | Department Of Treasury/IRS *Secured Tax Liens* | $171,393.84 | $1,959.43 |
| | **CLASS TOTALS** | **$171,393.84** | **$1,959.43** |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 125,515.08 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---:|---:|
| 00000007 | Department of Treasury/IRS *Unsecured Priority Tax Claims* | $65,523.65 | $0.00 |

| Claim Number | Creditor | Amount | Dividend |
|---|---|---:|---:|
| 000008A | Illinois Department Of Revenue *Unsecured Priority Tax Claims* | $9,476.18 | $0.00 |
| 00000009 | Department Of Treasury/IRS *Unsecured Priority Tax Claims* | $45,441.74 | $0.00 |
| 00000010 | Illinois Department Of Revenue *Unsecured Priority Tax Claims* | $5,073.51 | $0.00 |
| | **CLASS TOTALS** | **$125,515.08** | **$0.00** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(9) – Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(2) - General Unsecured Claims To be paid *pro rata* after costs of administration and priority claims are paid in full | $ 17,360.20 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---:|---:|
| 00000004 | Nicor *General Unsecured Claims* | $6,154.03 | $0.00 |
| 00000008 | Illinois Department of Revenue *General Unsecured Claims* | $2,295.50 | $0.00 |
| 00000012 | Mbna America Bank Na *General Unsecured Claims* | $8,910.67 | $0.00 |
| | **CLASS TOTALS** | **$17,360.20** | **$0.00** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| **16. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(6) – Surplus to Debtor | $ 0.00 | 0.00 |

| **17. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED/ WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|
| P | 00000002 | Litton Loan Servicing Inc<br>1 N Dearborn Street<br>Ste 1300<br>Chicago, IL  60602 | 606,770.19 | WITHDRAWN[1] |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: March 12, 2009                                    /s/ Joseph A. Baldi, trustee

---

[1] Pursuant to this Court's order dated June 6, 2005, Debtors were authorized to sell the property 1346 Winnetka Avenue, Northfield, Illinois ("Property") and directed to pay Litton from the proceeds of the sale.