# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

|  |  |  |
|---|---|---|
| In re: | § | Case No. 04-26477 |
| BOLGER, KEVIN P | § | |
| BOLGER, LEAH NINO | § | |
| Debtor(s) | § | |
|  | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            , and it was converted to chapter 7 on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Joseph A. Baldi, Trustee_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ABN AMRO | | | | | |
| IRS | | | | | |
| IRS | | | | | |
| IRS | | | | | |
| IRS | | | | | |
| IRS | | | | | |
| IRS | | | | | |
| IRS | | | | | |
| Oak Brook Bank | | | | | |
| LITTON LOAN SERVICING  INC | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| OFFICE OF THE U.S. TRUSTEE (ADMINIS | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GESAS, PILATI, GESAS AND GOLIN, LTD | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CB Accounts | | | | | |
| IDOR | | | | | |
| IRS | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEPARTMENT OF TREASURY/INTERNAL REV | | | | | |
| DEPARTMENT OF TREASURY/INTERNAL REV | | | | | |
| DEPARTMENT OF TREASURY/IRS | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ENH Medical | | | | | |
| ENH Medical | | | | | |
| ENH Radiology | | | | | |
| ENH Specialty | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Evanston NW Healthcare | | | | | |
| Gastro Consultants | | | | | |
| Horowitz & Co. | | | | | |
| Lake Forest Hospital | | | | | |
| MBNA | | | | | |
| Nicor | | | | | |
| Northeast Radiology | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| MBNA AMERICA BANK NA | | | | | |
| NICOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 04-26477    JHS    Judge: John H. Squires | |
| Case Name: | BOLGER, KEVIN P | |
| | BOLGER, LEAH NINO | |
| For Period Ending: | 06/22/09 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 02/02/06 (c) |
| 341(a) Meeting Date: | 03/03/06 |
| Claims Bar Date: | 06/19/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Real Property | 607,855.07 | 0.00 | | 0.00 | FA |
|    1346 Winnetka Road, Winnetka, IL - property sold in chapter 11,<br>   proceed paid to IRS pursuant to lien | | | | | |
| 2. Real Property | 80,000.00 | 0.00 | | 0.00 | FA |
|    3848 S. East Avenue, Berwyn, IL - sold during chapter 11 case | | | | | |
| 3. CASH | 500.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 4. Bank Accounts | 2,000.00 | 0.00 | | 0.00 | FA |
|    Oak Brook Bank account 900109500<br>   Debtor Claimed Exemption | | | | | |
| 5. Bank Accounts | 274.97 | 0.00 | | 0.00 | FA |
|    Oak Brook Bank account 124352500<br>   Debtor Claimed Exemption | | | | | |
| 6. HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | FA |
|    Household goods listed in schedules<br>   Debtor Claimed Exemption | | | | | |
| 7. Artwork | 2,600.00 | Unknown | | 500.00 | FA |
|    miscellaneous art work - sold back to debtor per court order, total sale<br>   price $17,500 | | | | | |
| 8. clothing | Unknown | 0.00 | | 0.00 | FA |
|    men's and women's clothing  - exempt | | | | | |
| 9. Furs and Jewelry | 24,500.00 | Unknown | | 10,000.00 | FA |
|    2 fur coats and misc. jewelry - jewelry appraised by debtor for $10,450 -<br>   sold to Debtor with other property per court order for total purchase<br>   price of $17,500 | | | | | |
| 10. Insurance Policies | 0.00 | Unknown | | 0.00 | FA |

FORM 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 04-26477 | JHS | Judge: John H. Squires |
|---|---|---|---|
| Case Name: | BOLGER, KEVIN P | | |
| | BOLGER, LEAH NINO | | |

Trustee Name:   Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c):   02/02/06 (c)
341(a) Meeting Date:   03/03/06
Claims Bar Date:   06/19/06

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | New England Financial policy on Kevin ($2 million) and Leah ($800,000) - term policies with no cash value | | | | | |
| 11. | Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| | Berkshire LIfe disability policy - no cash or current value | | | | | |
| 12. | Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| | Met Life Policy - $2 million on Kevin - term policy with no cash value | | | | | |
| 13. | STOCK | 196.00 | Unknown | | 500.00 | FA |
| | 200 shares Wavex - value at filing $.98 per share - sold back to debtor with other personal property for total price of $17,500 | | | | | |
| 14. | STOCK | Unknown | Unknown | | 500.00 | FA |
| | 100% shareholder in Master Works Art, Ltd. - owned by Leah Bolger - sold back to debtor with other personal property for $17,500 | | | | | |
| 15. | STOCK | Unknown | Unknown | | 0.00 | FA |
| | LNB Enterprises, LLC - owned by Leah Bolger - no residual value | | | | | |
| 16. | Partnership interests | Unknown | Unknown | | 1,000.00 | FA |
| | Valverde Partners, L.P. - .379% interest owned jointly -sold back to debtor with other property for $17,500 | | | | | |
| 17. | other liquidated debts | 20,000.00 | Unknown | | 0.00 | FA |
| | Platinum Exploration - investment in oil and gas interest - no recoverable value, company insolvent | | | | | |
| 18. | Automobiles and Other Vehicles | 3,000.00 | Unknown | | 2,400.00 | FA |
| | 1972 Chevy Chevette (114,000 miles) - sold back to debtor with other personal property for total price of $17,500 | | | | | |
| 19. | Automobiles and Other Vehicles | 5,000.00 | 2,600.00 | | 2,600.00 | FA |
| | 1998 Ford Expedition (88,000 miles) - Kelley Blue Book about $5,000 value | | | | | |

LFORM1

UST Form 101-7-TDR (4/1/2009) *(Page: 9)*

Ver: 14.31a

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 04-26477   JHS   Judge: John H. Squires |
| Case Name: | BOLGER, KEVIN P |
| | BOLGER, LEAH NINO |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 02/02/06 (c) |
| 341(a) Meeting Date: | 03/03/06 |
| Claims Bar Date: | 06/19/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. Office Equip, Furnishings,&Supplies | 100.00 | 0.00 | | 0.00 | FA |
|    1 drafting table,(16 years old) 2 office chairs (16 years old) 4 file cabinets, 2 bookcases, worksurfaces | | | | | |
| 21. Post-Petition Interest Deposits (u) | Unknown | N/A | | 83.37 | Unknown |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $749,026.04 | $2,600.00 | $17,583.37 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor had personal property (stock and vintage auto) with an appraised value in excess of exemptions. After stalled negotiations to sell the property back to the debtor , Trustee was able to reach agreement to sell the property for $17,500. Collected settlement. TFR filed. Distribution report filed and distribution made 3/13/09.

Initial Projected Date of Final Report (TFR): 06/30/08      Current Projected Date of Final Report (TFR): 01/31/09

FORM 2                                                                                                              Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                    Exhibit 9

| Case No: | 04-26477 -JHS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | BOLGER, KEVIN P | | Bank Name: | Bank of America, N.A. |
| | BOLGER, LEAH NINO | | Account Number / CD #: | *******0944  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0134 | | | |
| For Period Ending: | 06/22/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/07 | * NOTE * | Leah Bolger | Proceeds - Sale of Pers. Property | 1129-000 | 17,500.00 | | 17,500.00 |
| | | | * NOTE *  Properties 7, 9, 13, 14, 16, 18, 19 | | | | |
| 08/31/07 | 21 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 9.08 | | 17,509.08 |
| 09/28/07 | 21 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 11.14 | | 17,520.22 |
| 10/31/07 | 21 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 11.17 | | 17,531.39 |
| 11/30/07 | 21 | Bank of America, N.A. | Interest Rate  0.650 | 1270-000 | 9.37 | | 17,540.76 |
| 12/31/07 | 21 | Bank of America, N.A. | Interest Rate  0.500 | 1270-000 | 8.39 | | 17,549.15 |
| 01/31/08 | 21 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 6.95 | | 17,556.10 |
| 02/19/08 | | Transfer to Acct #*******5892 | Bank Funds Transfer | 9999-000 | | 16.59 | 17,539.51 |
| 02/29/08 | 21 | Bank of America, N.A. | Interest Rate  0.300 | 1270-000 | 4.17 | | 17,543.68 |
| 03/31/08 | 21 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 4.15 | | 17,547.83 |
| 04/30/08 | 21 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 3.60 | | 17,551.43 |
| 05/30/08 | 21 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 2.23 | | 17,553.66 |
| 06/30/08 | 21 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 2.16 | | 17,555.82 |
| 07/31/08 | 21 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 2.23 | | 17,558.05 |
| 08/29/08 | 21 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 2.23 | | 17,560.28 |
| 09/30/08 | 21 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 2.16 | | 17,562.44 |
| 10/31/08 | 21 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 1.70 | | 17,564.14 |
| 11/28/08 | 21 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 1.43 | | 17,565.57 |
| 12/31/08 | 21 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.89 | | 17,566.46 |
| 01/30/09 | 21 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,566.60 |
| 02/27/09 | 21 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 17,566.73 |
| 03/11/09 | 21 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 17,566.78 |
| 03/11/09 | | Transfer to Acct #*******5892 | Final Posting Transfer | 9999-000 | | 17,566.78 | 0.00 |
| | | | transfer for final distribution. ecb March 11, 2009, 02:05 pm | | | | |

FORM 2

Page:   2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 04-26477 -JHS |
| Case Name: | BOLGER, KEVIN P |
| | BOLGER, LEAH NINO |
| Taxpayer ID No: | *******0134 |
| For Period Ending: | 06/22/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0944  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Account  *******0944 | Balance Forward | 0.00 | |
| 1 | Deposits | 17,500.00 | 0 Checks | 0.00 |
| 20 | Interest Postings | 83.37 | 0 Adjustments Out | 0.00 |
| | | | 2 Transfers Out | 17,583.37 |
| | Subtotal | $ 17,583.37 | |
| | | | Total | $ 17,583.37 |
| 0 | Adjustments In | 0.00 | |
| 0 | Transfers In | 0.00 | |
| | Total | $ 17,583.37 | |

Ver: 14.31a

FORM 2                                                                                    Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| Case No: | 04-26477 -JHS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BOLGER, KEVIN P | Bank Name: | Bank of America, N.A. |
| | BOLGER, LEAH NINO | Account Number / CD #: | *******5892  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0134 | | |
| For Period Ending: | 06/22/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/08 | | Transfer from Acct #*******0944 | Bank Funds Transfer | 9999-000 | 16.59 | | 16.59 |
| 02/19/08 | 001001 | International Sureties | Bond Premium Payment | 2300-000 | | 16.59 | 0.00 |
| | | 701 Pydras Street  #420 | 2008 Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/11/09 | | Transfer from Acct #*******0944 | Transfer In From MMA Account | 9999-000 | 17,566.78 | | 17,566.78 |
| | | | transfer for final distribution.  ecb March 11, 2009, 02:05 pm | | | | |
| 03/13/09 | 001002 | JOSEPH A. BALDI , as Trustee | Final TR Compensation | 2100-000 | | 2,508.07 | 15,058.71 |
| | | 19 S. LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois  60603 | | | | | |
| 03/13/09 | 001003 | Office of the U.S. Trustee | Claim 00000011, Payment 100.00% | 2950-000 | | 1,250.00 | 13,808.71 |
| | | <B>(ADMINISTRATIVE)</B> | | | | | |
| | | 227 W Monroe Ste 3350 | | | | | |
| | | Chicago, IL 60606 | | | | | |
| 03/13/09 | 001004 | Joseph A. Baldi & Associates, P.C. | Final Atty Compensation | 3110-000 | | 2,138.00 | 11,670.71 |
| | | 19 S. LaSalle St. #1500 | | | | | |
| | | Chicago  IL  60603 | | | | | |
| 03/13/09 | 001005 | Gesas, Pilati, Gesas and Golin, Ltd. | Claim 00000013, Payment 49.27% | 6210-160 | | 9,711.28 | 1,959.43 |
| | | <B>(ADMINISTRATIVE)</B> | | | | | |
| | | 53 West Jackson Boulevard, Suite 528 | | | | | |
| | | Chicago, Illinois  60604 | | | | | |
| 03/13/09 | 001006 | Department of Treasury/IRS | Claim 0000007A, Payment 1.14% | 5800-000 | | 1,959.43 | 0.00 |
| | | 230 S Dearborn | | | | | |
| | | Stop 5016-CHI | | | | | |
| | | Chicago, IL 60604 | | | | | |

LFORM2T4  UST Form 101-7-TDR (4/1/2009) *(Page: 13)*

Ver: 14.31a

Page:   4

**Exhibit 9**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 04-26477  -JHS |
| Case Name: | BOLGER, KEVIN P |
| | BOLGER, LEAH NINO |
| Taxpayer ID No: | *******0134 |
| For Period Ending: | 06/22/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5892  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

**Account  *******5892**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 6 | Checks | 17,583.37 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 17,583.37 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 17,583.37 | | | |
| | Total | $ 17,583.37 | | | |

**Report Totals**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 17,500.00 | 6 | Checks | 17,583.37 |
| 20 | Interest Postings | 83.37 | 0 | Adjustments Out | 0.00 |
| | | | 2 | Transfers Out | 17,583.37 |
| | Subtotal | $ 17,583.37 | | | |
| | | | | Total | $ 35,166.74 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 17,583.37 | | | |
| | Total | $ 35,166.74 | Net Total Balance | $ 0.00 |

LFORM2T4  UST Form 101-7-TDR (4/1/2009) *(Page: 14)*

Ver: 14.31a